UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFINY J. BOLLA,

        Plaintiff,

vs.

        Case No. 11-CV-11008
        HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiff's motion for summary judgment and defendant's motion for summary judgment, and in accordance with the court's order remanding the case back to the Administrative Law Judge for further proceedings, entered this date,

    IT IS ORDERED AND ADJUDGED that the above-captioned case is REMANDED to the ALJ.

                      DAVID J. WEAVER
                      CLERK OF THE COURT

                      BY: s/Josephine Chaffee
                          DEPUTY COURT CLERK

Dated: March 15, 2012